KEVIN V. O'DONNELL *v.* CITY OF
WATERBURY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 111 Conn. App. 1 (AC 29022), is denied.

*Paula N. Anthony,* assistant corporation counsel, in support of the petition.

*Francis J. Grady,* in opposition.

Decided December 11, 2008

CHARLES D. GIANETTI *v.* FORTIS INSURANCE
COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29439) is denied.

*Charles D. Gianetti,* pro se, in support of the petition.

*Laura F. Baldini* and *Mark A. Shiffrin,* in opposition.

Decided December 11, 2008

STATE OF CONNECTICUT *v.* JAMAR D.

The defendant's petition for certification for appeal from the Appellate Court (AC 29474) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18277.

*Sandra Crowell,* assistant public defender, in support of the petition.